**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**,

| | |
|---|---|
| CRYSTAL BLAKE, ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 4:20CV1419(SEP) |
| ) | |
| FRONTLINE ASSET STRATEGIES, LLC. ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Court having been advised by the Counsel for all parties that the above action has been settled:

**IT IS HEREBY ORDERED** that all pending motions are denied without prejudice.

**IT IS FURTHER ORDERED** that counsel shall file within sixty (60) days from the date of this Order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment. Failure to timely comply with this Order shall result in the dismissal of this action with prejudice.

Dated this 25th day of March, 2021

*Sarah E. Pitlyk*
_____
UNITED STATES DISTRICT JUDGE